# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
PROTRANSLV, Inc. ) ASBCA No. 61295
)
Under Contract No. FA4861-12-A-B009 )

APPEARANCE FOR THE APPELLANT: Jeffrey S. Frasier, Esq.
Chenoweth Law Group, PC
Portland, OR

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Cristopher S. Cole, Esq.
Senior Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have settled their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint request, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $79,396.67. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 60 days after the date of this decision until date of payment.

Dated: 7 November 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61295, Appeal of PROTRANSLV, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2